# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

October 5, 2022

**VIA ECF**  
Hon. Ona T. Wang, U.S.M.J.  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**MEMO ENDORSED.**

Re: *M. Sarante v. Boston Road Housing Development Fund Co., Inc., et al.*,  
Case No.: 1:22-cv-01953 (PGG)(OTW)

Dear Magistrate Judge Wang:

This firm represents defendants Boston Road Housing Development Fund Company, Inc. ("Boston Road") and Urban Home Ownership Corp. ("Urban Home," and, collectively with Boston Road, "Defendants") in the above-captioned matter. Pursuant to sections I.a and I.b of Your Honor's Individual Practices, Defendants respectfully request that the pre-settlement conference call that the Court has scheduled for Friday, October 7 at 11:00 am, be rescheduled at the Court's convenience for either Thursday, October 20 or Friday, October 21, or as soon thereafter as may please the Court.

This is the first application for an adjournment of the October 7th Conference, directed by this Court in an Order entered October 4. The undersigned is traveling abroad and out of the office the remainder of this week and all of the following week, returning Monday, October 17. The parties have conferred and Plaintiff's counsel consents to the application. No other dates or deadlines would be affected by the request.

We thank the Court for its consideration of this request.

Respectfully submitted,

CLIFTON BUDD & DEMARIA, LLP  
*Counsel for Defendants*

By: _____  
Stephen P. Pischl

cc: **VIA ECF**  
ABDUL HASSAN LAW GROUP, PLLC  
*Counsel for Plaintiff*

---

Application **GRANTED.** The October 7, 2022 Pre-Settlement Conference Call is hereby adjourned to **Thursday, October 20, 2022 at 10:30 a.m.** The dial in information is (866) 390-1828, access code 1582687.

SO ORDERED.

_____  
Ona T. Wang        10/6/22  
U.S.M.J.