# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                          Tel: 718-740-1000
Email: abdul@abdulhassan.com                                          Fax: 718-740-2000
*Employment and Labor Lawyer*                                  Web: www.abdulhassan.com

**May 9, 2023**

**Via ECF**

Hon. Paul G. Gardephe, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: Sarante v. Boston Road Housing Development Fund Company, Inc.</u>
     Case No: 22-CV-01953 (PGG)(OTW)
     Motion for Extension of Time

Dear Judge Gardephe:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a 30-day extension of the deadline for Plaintiff to file a stipulation of dismissal to June 5, 2023 as per paragraph 1.4 of the court-approved settlement agreement. (ECF No. 23 pg 2, para 1.4). This request is being made because we have not yet received the settlement payments which are due on or about May 28, 2023. No prior request for an extension of this deadline was made.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:     **Defense Counsel via ECF**

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated:  May 15, 2023

1